■ In the Matter of JOANAIRYS M., a Person Alleged to be a Juvenile Delinquent, Appellant. [21 NYS3d 610]—Order, Family Court, Bronx County (Gayle Roberts, J.), entered on or about January 8, 2014, which adjudicated appellant a juvenile delinquent upon her admission that she committed an act that, if committed by an adult, would constitute the crime of attempted assault in the third degree, and placed her on probation for a period of 12 months, unanimously affirmed, without costs. Order (same court and Judge), entered on or about April 22, 2014, which, upon appellant's admission that she violated

probation, continued probation for an additional 12 months, unanimously affirmed, without costs.

The court providently exercised its discretion in adjudicating appellant a juvenile delinquent rather than a person in need of supervision in light of her violent assaults on her mother, history of fighting with others, breaking curfew, truancy and general misbehavior (*see e.g. Matter of Jade Q.*, 41 AD3d 327 [1st Dept 2007]). Concur—Friedman, J.P., Renwick, Saxe and Kapnick, JJ.